# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Ronnie Allen Smiling | )<br>)<br>)<br>)    Case No:   5:06-CR-274-1F<br>)    USM No:   50568-056 |

Date of Original Judgment:      April 10, 2007   )

Date of Previous Amended Judgment: December 23, 2008 )    Thomas P. McNamara

*(Use Date of Last Amended Judgment if Any)*            *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     77     months **is reduced to**    50 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 10, 2007 shall remain in effect. **IT IS SO ORDERED.**

Order Date:   2/23/12

                       *James C. Fox*

                           *Judge's signature*

Effective Date: _____

      *(if different from order date)*          James C. Fox, Senior US District Judge

                           *Printed name and title*

EDNC Rev. 11/8/2011

Case 5:06-cr-00274-F   Document 35   Filed 02/23/12   Page 1 of 1